IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CADERO DANIEL KING,<br><br>           Plaintiff,<br><br>    v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>           Defendant. | **8:24CV330**<br><br><br>**ORDER** |

This matter is before the Court on plaintiff Cadero Daniel King's ("King") Application to Proceed in the District Court Without Prepaying Fees or Costs (Filing No. 38).

For good cause shown, King's motion is granted, and he is permitted to proceed on appeal in forma pauperis. *See* Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated this 9th day of April 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge